UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| MARQUAYLE MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:15-cv-274-WCL-SLC |
| | ) | |
| FORT WAYNE CITY POLICE OFFICER BARRY PRUSER, | ) ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF MARQUAYLE MARTIN'S PRETRIAL DISCLOSURES

Plaintiff, Mr. MarQuayle Martin, by counsel, respectfully submits the following pretrial disclosures:

**I. WITNESSES**

Mr. Martin's witnesses may include:

1. MarQuayle Martin — Expect to call
2. Je'Carri Martin — Expect to call
3. Taylor Carswell — Expect to call
4. Defendant Officer Barry W. Pruser — Expect to call
5. Any witness necessary to lay the foundation of any exhibit offered by Mr. Martin — May call
6. The records custodian for any exhibit offered by Mr. Martin — May call
7. Any witnesses listed by Defendant unless otherwise objected to by Mr. Martin — May call

1

## II. EXHIBITS

Mr. Martin's exhibits may include:

1. Mr. Martin's Third Amended Complaint — Expect to offer

2. Officer Michael Long's in-car video for incident number 14F083253 on June 27, 2014 — Expect to offer

3. Officer Derrick Demorest in-car video for incident number 14F083253 on June 27, 2014 — Expect to offer

4. Defendant Officer Barry W. Pruser's in-car video For incident number 14F083253 on June 27, 2014 — Expect to offer

5. Defendant's March 11, 2016 Affidavit — Expect to offer

6. Defendant's Answers to Mr. Martin's Interrogatories — May offer

7. Defendant's Responses to Mr. Martin's Request for Production — May offer

8. Defendant's Responses to Mr. Martin's Request for Admission — My offer

9. Any witnesses listed by Defendant unless otherwise objected to by Mr. Martin — May offer

10. All pleadings in this case — May offer

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/ David W. Frank
David W. Frank, #31615-02
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
Counsel for Plaintiff, Mr. MarQuayle Martin

2

## **CERTIFICATE OF SERVICE**

      I certify that on February 25, 2019 a true and correct copy of the foregoing document was served electronically via CM/ECF or some other approved method to counsel of record.


                                      /s/ David W. Frank
                                      David W. Frank